MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4989
Facsimile:  (650) 363-4034
E-mail:  ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO TAX COLLECTOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JESUS MARQUEZ, et al.<br><br>    Defendants. | Case No. CV 08-0891 CW<br><br>**ANSWER TO COMPLAINT FOR DAMAGES**<br><br><br>(HON. CLAUDIA WILKEN) |

Defendant County of San Mateo (the "County") hereby answers the Complaint of Plaintiff United States of America (the "Complaint") and admits, denies and alleges (in paragraphs numbered to correspond to the numbered paragraphs of the Complaint) as follows:

1.     The County is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraphs 1 through 15 and on that basis denies them.

2.     The County admits the allegation in Paragraph 16 and further states that it does have an interest in the property described in Paragraph 9.

3.     The County is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraphs 17 through 38 and on that basis denies them.

**PRAYER**

WHEREFORE, the County prays for judgment as follows:

1. That this Court award such further relief it deems just and proper.

Dated: March 6, 2008

Respectfully submitted,

MICHAEL P. MURPHY, COUNTY COUNSEL

By: /s/
    Eugene Whitlock, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO TAX COLLECTOR

Case No. CV 08-0891 CW     2
ANSWER TO COMPLAINT FOR DAMAGES