1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  RANDALL P. BORCHERDING
   Supervising Deputy Attorney General
3  KAREN W. YIU, State Bar No. 230710
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 703-5385
    Fax:  (415) 703-5480
6   Email:  Karen.Yiu@doj.ca.gov

7  Attorneys for Defendant Employment Development
   Department

8

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  **UNITED STATES OF AMERICA,**                    C08-0891 CW

13                                   Plaintiff,       DEFENDANT EMPLOYMENT
                                                      DEVELOPMENT
14              **v.**                                DEPARTMENT'S ANSWER TO
                                                      COMPLAINT
15  **JESUS MARQUEZ, OLGA MARQUEZ, RAMON**
    **MARQUEZ, JUANITA MARQUEZ, TAQUERIA**
16  **LOS PRIMOS, TAQUERIA LOS PRIMOS NO. 2,**
    **LUIS GALINDO, MARTHA GALINDO, BANK OF**
17  **AMERICA, N.A., STATE OF CALIFORNIA**
    **FRANCHISE TAX BOARD, STATE OF**
18  **CALIFORNIA EMPLOYMENT DEVELOPMENT**
    **DEPARTMENT, STATE OF CALIFORNIA**
19  **BOARD OF EQUALIZATION, STATE OF**
    **CALIFORNIA DEPARTMENT OF LABOR, SAN**
20  **MATEO COUNTY TAX COLLECTOR,**

21                                   Defendants.

22

23         The Employment Development Department ("EDD") hereby submits its answer to the

24  allegations of the Complaint as follows:

25  1.         Answering the allegations of paragraphs 1, 3, 4, 5, 6, 7, 8 and 13, the EDD admits the

26  allegations.

27  2.         Answering the allegations of paragraphs 2, 10, 11, 12, 14, 15, 16, 18, 19, 21, 22, 24,

28  25, 27, 28, 31, 33, 35, 37 and 38, the EDD lacks sufficient information or belief to answer the

Defendant EDD's Answer to Complaint          United States of America v. Jesus Marquez, et al.
                                                                        C08-0891 CW

1

1  allegations and, basing its denial on that ground, denies each and every allegation in of

2  paragraphs 2, 10, 11, 12, 14, 15, 16, 18, 19, 20, 21, 22, 24, 25, 27, 28, 31, 33, 35, 37 and 38 of

3  the Complaint.

4  3.      Answering the allegations of paragraph 9, the EDD admits that the property subject to

5  the suit is 791 South Johnston Street, Half Moon Bay, California 94019.  Except as expressly

6  admitted herein, the EDD lacks sufficient information or belief to answer the remaining

7  allegations, and, basing its denial on that ground, denies the remaining allegations.

8  4.      Answering the allegation of paragraph 17, the EDD incorporates its respective prior

9  answers to paragraphs 1 through 16 as though fully set forth in this answer.

10  5.      Answering the allegations of paragraph 20, the EDD incorporates its respective prior

11  answers to paragraph 1 through 19 as though fully set forth in this answer.

12  6.      Answering the allegations of paragraph 23, the EDD incorporates its respective prior

13  answers to paragraph 1 through 22 as though fully set forth in this answer.

14  7.      Answering the allegations of paragraph 26, the EDD incorporates its respective prior

15  answers to paragraph 1 through 25 as though fully set forth in this answer.

16  8.      Answering the allegations of paragraph 29, the EDD incorporates its respective prior

17  answers to paragraph 1 through 28 as though fully set forth in this answer.

18  9.      Answering the allegations of paragraph 30, the EDD admits the allegations beginning

19  on line 27 with the words "Pursuant to 26" and ending on line 1 with the words "Jesus and Olga

20  Marquez."  Except as expressly admitted herein, the EDD lacks sufficient information or belief

21  to answer the remaining allegations in paragraph 30, and, basing its denial on that ground, denies

22  each and every remaining allegation.

23  10.      Answering the allegations of paragraph 32, the EDD admits the allegations beginning

24  on line 6 with the words "Pursuant to 26" and ending on line 8 with the words "Ramon and

25  Juanita Marquez."  Except as expressly admitted herein, the EDD lacks sufficient information or

26  belief to answer the remaining allegations in paragraph 32, and, basing its denial on that ground,

27  denies each and every remaining allegation.

28  11.      Answering the allegations of paragraph 34, the EDD admits the allegations beginning

Defendant EDD's Answer to Complaint                United States of America v. Jesus Marquez, et al.
                                                                          C08-0891 CW

2

1   on line 13 with the words "Pursuant to 26" and ending on line 15 to 16 with the words "Jesus

2   Marquez and Ramon Marquez."  Except as expressly admitted herein, the EDD lacks sufficient

3   information or belief to answer the remaining allegations in paragraph 34, and, basing its denial

4   on that ground, denies each and every remaining allegation.

5   12.        Answering the allegations of paragraph 36, the EDD admits the allegations beginning

6   on line 20 with the words "Pursuant to 26" and ending on line 22 to 23 with the words "Jesus

7   Marquez and Ramon Marquez."  Except as expressly admitted herein, the EDD lacks sufficient

8   information or belief to answer the remaining allegations in paragraph 36, and, basing its denial

9   on that ground, denies each and every remaining allegation.

10           WHEREFORE, defendant EDD, prays for the following relief:

11  1.         That the tax liens of the United States be foreclosed against the real property of Jesus

12  Marquez, Olga Marquez, Ramon Marquez and Juanita Marquez and the real property sold.

13  2.         That this Court determine the relative priorities of the liens of the lienholder parties to

14  this suit and order payment of the tax liens of the Employment Development Department from

15  the proceeds of the foreclosure sale of the real property of defendants Jesus Marquez, Olga

16  Marquez, Ramon Marquez and Juanita Marquez.

17  3.         That the Employment Development Department be granted its costs.

18  4.         For such other and further relief as the Court deems just and proper.

19           Dated:  April 9, 2008

20                                            Respectfully submitted,

21                                            EDMUND G. BROWN JR.
                                             Attorney General of the State of California

22                                            RANDALL P. BORCHERDING
                                             Supervising Deputy Attorney General
23

24                                            /s/ Karen W. Yiu

25                                            KAREN W. YIU
                                             Deputy Attorney General
26                                            Attorneys for Defendant Employment
                                             Development Department

27  40231015.wpd

28  SF2008400747

Defendant EDD's Answer to Complaint                    United States of America v. Jesus Marquez, et al.
                                                       C08-0891 CW

<u>**DECLARATION OF SERVICE BY U.S. MAIL**</u>

Case Name:    **United States of America v. Jesus Marquez, et al.**

No.:    **C08-0891 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 9, 2008,</u> I served the attached **DEFENDANT EMPLOYMENT DEVELOPMENT DEPARTMENT'S ANSWER TO COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

David L. Denier
United States Attorney's Office - San Francisco
Tax Division, 9th Floor
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Robert A. Goldstein
Attorney at Law
100 Bush Street, Suite 501
San Francisco, CA  94104

Cindy Lan Ho
Law Office of Robert L. Goldstein
100 Bush Street, Suite 501
San Francisco, CA  94104-3908

Eugene Whitlock
San Mateo County Counsel's Office
400 County Center, 6th  Floor
Redwood City, CA  94063

Ralph Roberts
Employment Development Department
Special Procedures Section, MIC 92S
P.O. Box 826880
Sacramento, CA  94280-0001

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2008, at San Francisco, California.

|  |  |
|---|---|
| Sylvia S. Wu | /s/ Sylvia S. Wu |
| Declarant | Signature |

40239377.wpdBY