EDMUND G. BROWN JR.
Attorney General of the State of California
RANDALL P. BORCHERDING
Supervising Deputy Attorney General
KAREN W. YIU, State Bar No. 230710
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5385
 Fax:  (415) 703-5480
 Email:  Karen.Yiu@doj.ca.gov

Attorneys for Defendant Franchise Tax Board

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 08-0891 CW |
| Plaintiff, | DEFENDANT FRANCHISE TAX BOARD'S ANSWER TO COMPLAINT |
| v. | |
| JESUS MARQUEZ, OLGA MARQUEZ, RAMON MARQUEZ, JUANITA MARQUEZ, TAQUERIA LOS PRIMOS, TAQUERIA LOS PRIMOS NO. 2, LUIS GALINDO, MARTHA GALINDO, BANK OF AMERICA, N.A., STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, STATE OF CALIFORNIA BOARD OF EQUALIZATION, STATE OF CALIFORNIA DEPARTMENT OF LABOR, SAN MATEO COUNTY TAX COLLECTOR, | |
| Defendants. | |

The Franchise Tax Board ("FTB") hereby submits its answer to the allegations of the Complaint as follows:

1. Answering the allegations of paragraphs 1, 3, 4, 5, 6, 7, 13 and 14, the FTB admits the allegations.

2. Answering the allegations of paragraphs 2, 10, 11, 16, 18, 19, 21, 22, 24, 25, 27, 28, 31, 33, 35, 37 and 38, the FTB lacks sufficient information or belief to answer the allegations

1  and, basing its denial on that ground, denies each and every allegation in paragraphs 2, 10, 11,
2  16, 18, 19, 21, 22, 24, 25, 27, 28, 31, 33, 35, 37 and 38 of the Complaint.
3  3.	Answering the allegations of paragraph 8, the FTB admits the allegations except that
4  the FTB denies that defendant Taqueria Los Primos No. 2 is currently located at 376 Ellsworth
5  Avenue, San Mateo, California 94401.  The FTB is informed and believes and based on such
6  information and belief alleges that the correct address of defendant Taqueria Los Primos No. 2 is
7  376 S. Ellsworth Avenue, San Mateo, California 94401.
8  4.	Answering the allegations of paragraph 9, the FTB admits that the property subject to
9  the suit is 791 South Johnston Street, Half Moon Bay, California 94019.  Except as expressly
10 admitted herein, the FTB lacks sufficient information or belief to answer the remaining
11 allegations, and, basing its denial on that ground, denies the remaining allegations.
12 5.	Answering the allegations of paragraph 12, the FTB admits the allegations except that
13 the FTB denies that John Davies is the FTB's Chief Counsel.  The FTB alleges that now
14 Geoffrey Way is the FTB's Chief Counsel.
15 6.	Answering the allegations of paragraph 15, the FTB denies the allegation on the
16 ground that there is no California state agency titled the California Department of Labor.  The
17 FTB alleges that the California state agency which regulates labor and employment issues is the
18 Department of Industrial Relations (DIR).  The FTB further alleges that the DIR is located at 455
19 Golden Gate Avenue, 9th Floor, San Francisco, California 94102 and that the Division of Labor
20 Standards Enforcement is one of the divisions of the DIR.  Additionally, the FTB lacks sufficient
21 information or belief to answer the allegation as to whether the DIR is made a party pursuant to
22 26 U.S.C. § 7403(b) in that it may claim an interest in the property described in paragraph 9 of
23 the Complaint and, basing its denial on that ground, denies the allegation beginning on line 5
24 with the words "and is made" and ending on line 7 with the words "paragraph 9."
25 7.	Answering the allegation of paragraph 17, the FTB incorporates its respective prior
26 answers to paragraphs 1 through 16 as though fully set forth in this answer.
27 8.	Answering the allegations of paragraph 20, the FTB incorporates its respective prior
28 answers to paragraph 1 through 19 as though fully set forth in this answer.

Defendant FTB's Answer to Complaint                              United States v. Jesus Marquez, et al
                                                                                  CV 08-0891 CW
2

9. Answering the allegations of paragraph 23, the FTB incorporates its respective prior answers to paragraph 1 through 22 as though fully set forth in this answer.

10. Answering the allegations of paragraph 26, the FTB incorporates its respective prior answers to paragraph 1 through 25 as though fully set forth in this answer.

11. Answering the allegations of paragraph 29, the FTB incorporates its respective prior answers to paragraph 1 through 28 as though fully set forth in this answer.

12. Answering the allegations of paragraph 30, the FTB admits the allegations beginning on line 27 with the words "Pursuant to 26" and ending on line 1 with the words "Jesus and Olga Marquez." Except as expressly admitted herein, the FTB lacks sufficient information or belief to answer the remaining allegations in paragraph 30, and, basing its denial on that ground, denies each and every remaining allegation.

13. Answering the allegations of paragraph 32, the FTB admits the allegations beginning on line 6 with the words "Pursuant to 26" and ending on line 8 with the words "Ramon and Juanita Marquez." Except as expressly admitted herein, the FTB lacks sufficient information or belief to answer the remaining allegations in paragraph 32, and, basing its denial on that ground, denies each and every remaining allegation.

14. Answering the allegations of paragraph 34, the FTB admits the allegations beginning on line 13 with the words "Pursuant to 26" and ending on line 15 to 16 with the words "Jesus Marquez and Ramon Marquez." Except as expressly admitted herein, the FTB lacks sufficient information or belief to answer the remaining allegations in paragraph 34, and, basing its denial on that ground, denies each and every remaining allegation.

15. Answering the allegations of paragraph 36, the FTB admits the allegations beginning on line 20 with the words "Pursuant to 26" and ending on line 22 to 23 with the words "Jesus Marquez and Ramon Marquez." Except as expressly admitted herein, the FTB lacks sufficient information or belief to answer the remaining allegations in paragraph 36, and, basing its denial on that ground, denies each and every remaining allegation.

WHEREFORE, defendant FTB, prays for the following relief:

1. That the tax liens of the United States be foreclosed against the real property of Jesus

1  Marquez, Olga Marquez, Ramon Marquez and Juanita Marquez and the real property sold.

2  2.       That this Court determine the relative priorities of the liens of the lienholder parties to

3  this suit and order payment of the tax liens of the Franchise Tax Board from the proceeds of the

4  foreclosure sale of the real property of defendants Jesus Marquez, Olga Marquez, Ramon

5  Marquez and Juanita Marquez.

6  3.       That the Franchise Tax Board be granted its costs.

7  4.       For such other and further relief as the Court deems just and proper.

8  Dated:  April 25, 2008

9                              Respectfully submitted,

10                             EDMUND G. BROWN JR.
                               Attorney General of the State of California

11                             RANDALL P. BORCHERDING
                               Supervising Deputy Attorney General

13                             /s/ Karen W. Yiu

14                             KAREN W. YIU
                               Deputy Attorney General
15                             Attorneys for Defendant Franchise Tax Board

17  40242633.wpd
    SF2008401215

Defendant FTB's Answer to Complaint                    United States v. Jesus Marquez, et al
                                                                              CV 08-0891 CW
                                         4

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:    **United States of America v. Jesus Marquez, et al.**

No.:    **C08-0891 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 25, 2008</u>, I served the attached **DEFENDANT FRANCHISE TAX BOARD'S ANSWER TO COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

David L. Denier
United States Attorney's Office - San Francisco
Tax Division, 9th Floor
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Robert A. Goldstein
Cindy Lan Ho
Law Office of Robert L. Goldstein
100 Bush Street, Suite 501
San Francisco, CA 94104

Todd M. Bailey
Tax Counsel
Franchise Tax Board
P. O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

Eugene Whitlock
San Mateo County Counsel's Office
400 County Center, 6th Floor
Redwood City, CA 94063

Ralph Roberts
Employment Development Department
Special Procedures Section, MIC 92S
P.O. Box 826880
Sacramento, CA 94280-0001

Victoria C. Baker
Board of Equalization - Legal Division
P.O. box 942879, MIC: 82
Sacramento, CA 94279-0055

Merly R. Dino
Special Procedures Section
Board of Equalization
P.O. Box 942879, MIC: 55
Sacramento, CA 94279-0055

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 25, 2008, at San Francisco, California.

| Sylvia S. Wu | /s/ Sylvia S. Wu |
|---|---|
| Declarant | Signature |

40246364.wpd
SF2008401215