EDMUND G. BROWN JR.
Attorney General of the State of California
RANDALL P. BORCHERDING
Supervising Deputy Attorney General
KAREN W. YIU, State Bar No. 230710
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5385
 Fax:  (415) 703-5480
 Email:  Karen.Yiu@doj.ca.gov

Attorneys for Defendants Employment Development Department, Franchise Tax Board, and State Board of Equalization

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | C08-0891 CW |
| Plaintiff, | STIPULATION FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE |
| v. | **AS MODIFIED** |
| **JESUS MARQUEZ, OLGA MARQUEZ, RAMON MARQUEZ, JUANITA MARQUEZ, TAQUERIA LOS PRIMOS, TAQUERIA LOS PRIMOS NO. 2, LUIS GALINDO, MARTHA GALINDO, BANK OF AMERICA, N.A., STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, STATE OF CALIFORNIA BOARD OF EQUALIZATION, STATE OF CALIFORNIA DEPARTMENT OF LABOR, SAN MATEO COUNTY TAX COLLECTOR,** | |
| Defendants. | |

Plaintiff United States of America and Defendants Jesus Marquez, Olga Marquez, Ramon Marquez, Juanita Marquez, Taqueria Los Primos, Taqueria Los Primos No. 2, Employment Development Department, Franchise Tax Board, State Board of Equalization, and County of San Mateo Tax Collector, through their respective counsel, stipulate and agree that the case management conference, currently scheduled for June 17, 2008, at 2:00 p.m. in Courtroom 2, will be rescheduled

to July 8, 2008, at 2:00 p.m. in Courtroom 2.

Dated: June 4, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ David L. Denier

DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for Plaintiff United States of America

Dated: June 4, 2008

LAW OFFICES OF ROBERT L. GOLDSTEIN

/s/ Cindy L. Ho

CINDY L. HO
Attorneys for Defendants Jesus Marquez,
Olga Marquez, Ramon Marquez, Juanita Marquez,
Taqueria Los Primos, and Taqueria Los Primos
No. 2

Dated: June 4, 2008

MICHAEL P. MURPHY, COUNTY COUNSEL

/s/ Eugene Whitlock

EUGENE WHITLOCK
Deputy County Counsel
Attorneys for Defendant County of San Mateo Tax Collector

Dated: June 4, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

RANDALL P. BORCHERDING
Supervising Deputy Attorney General

/s/ Karen W. Yiu

KAREN W. YIU
Deputy Attorney General
Attorneys for Defendants Employment
Development Department, Franchise Tax Board,
and State Board of Equalization

Stipulation for Rescheduling of Case Management Conference     United States of America v. Jesus Marquez, et al.
C08-0891 CW

2

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** EXCEPT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 8/5/08 AT 2:00 P.M.

Dated: _____6/12/08_____        _____
                                      UNITED STATES DISTRICT JUDGE

Stipulation for Rescheduling of Case Management Conference.wpd
SF2008400747

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **United States of America v. Jesus Marquez, et al.**

No.:  **C08-0891 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 5, 2008, I served the attached **STIPULATION FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ralph Roberts**, Special Procedures Advisor
Employment Development Department
Special Procedures Section, MIC 92S
P.O. Box 826880
Sacramento, CA 94280-0001

**Victoria C. Baker**, Tax Counsel
Board of Equalization - Legal Division
P.O. Box 942879, MIC:82
Sacramento, CA 94279-0055

**Todd M. Bailey**, Tax Counsel
Franchise Tax Board
P. O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

**Merly R. Dino**, Business Taxes Compliance Specialist
Board of Equalization
Special Procedures Section
P.O. Box 942879, MIC: 55
Sacramento, CA 94279-0055

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 5, 2008, at San Francisco, California.

Debin Wang
Declarant

Signature

40261829.wpd