IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JESUS MARQUEZ, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-00891 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1 and the consent of parties as set forth in the Joint Case Management Statement, IT IS HEREBY ORDERED that the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The Case Management Conference, set for August 5, 2008, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/31/08

                                                                                         */s/ Claudia Wilken*<br>
                                                                             CLAUDIA WILKEN<br>
                                                                             United States District Judge

cc: Wings