IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 08-0891 MEJ |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| JESUS MARQUEZ, et al., | |
| Defendants | |
| _____/ | |

The Court has received the parties' Updated Joint Case Management Statement (Docket # 22). Good cause showing, the Court hereby continues the case management conference originally set for October 30, 2008 to January 29, 2009.

**IT IS SO ORDERED.**

Dated: October 27, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge