**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-0891 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CMC** |
| vs. | |
| JESUS MARQUEZ, | |
| Defendant(s). | |

This matter is currently scheduled for a case management conference on January 29, 2009. The Court hereby CONTINUES the case management conference to February 12, 2009 at 10:00 a.m. in Courtroom B.  The parties shall file a joint statement by February 5, 2009.

**IT IS SO ORDERED.**

Dated: January 26, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge