1  EDMUND G. BROWN JR.
   Attorney General of California
2  JOYCE E. HEE
   Supervising Deputy Attorney General
3  KAREN W. YIU
   Deputy Attorney General
4  State Bar No. 230710
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5385
6   Fax:  (415) 703-5480
    E-mail:  Karen.Yiu@doj.ca.gov
7  *Attorneys for Defendant*
   *State Board of Equalization*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NOTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | C08-0891 MEJ |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| JESUS MARQUEZ, OLGA MARQUEZ, RAMON MARQUEZ, JUANITA MARQUEZ, TAQUERIA LOS PRIMOS, TAQUERIA LOS PRIMOS NO. 2, LUIS GALINDO, MARTHA GALINDO, BANK OF AMERICA, N.A., STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, STATE OF CALIFORNIA BOARD OF EQUALIZATION, STATE OF CALIFORNIA DEPARTMENT OF LABOR, SAN MATEO COUNTY TAX COLLECTOR, | |
| Defendants. | |

Plaintiff United States of America and Defendant State Board of Equalization ("SBE") hereby stipulate that the SBE shall be dismissed from this action.  Because a payment was made

to Defendants Jesus Marquez and Ramon Marquez's account with the SBE, the SBE no longer seeks payment for the state tax lien which SBE recorded in San Mateo County, Document No. 2005-059556, against the partnership consisting of Defendants Jesus Marquez and Ramon Marquez, individually and as copartners doing business as Los Primos.

Dated: February 12, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ David L. Denier

DAVID L. DENIER
Assistant United States Attorney
Tax Division
*Attorneys for Plaintiff United States of America*

Dated: February 13, 2009

EDMUND G. BROWN JR.
Attorney General of California
JOYCE E. HEE
Supervising Deputy Attorney General

/s/ Karen W. Yiu

KAREN W. YIU
Deputy Attorney General
*Attorneys for Defendant State Board of Equalization*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 17, 2009

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

SF2008401119
20180962.doc

2

Stipulation and Order for Dismissal (C08-0891 MEJ)