ROBERT L. GOLDSTEIN (CSBN 184226)
CINDY L. HO (CSBN 227226)
LAW OFFICES OF ROBERT L. GOLDSTEIN
100 BUSH STREET, SUITE 501
SAN FRANCISCO, CA 94104
Telephone: (415) 391-8710 EXT. 107
Facsimile: (415) 391-8701

ATTORNEYS FOR JESUS MARQUEZ,
OLGA MARQUEZ, RAMON MARQUEZ,
JUANITA MARQUEZ,
TAQUERIA LOS PRIMOS, and
TAQUERIA LOS PRIMOS NO. 2

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS MARQUEZ, OLGA MARQUEZ, RAMON MARQUEZ, JUANITA MARQUEZ, TAQUERIA LOS PRIMOS, TAQUERIA LOS PRIMOS NO. 2, LUIS GALINDO, MARTHA GALINDO, BANK OF AMERICA, N.A., STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, SAN MATEO COUNTY TAX COLLECTOR,<br><br>Defendants. | Case No.: CV-08-0891-MEJ<br><br>STIPULATION FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE<br><br>DATE: JULY 16, 2009<br>TIME: 10:00 A.M. |

Plaintiff United States of America and Defendants Jesus Marquez, Olga Marquez, Ramon Marquez, and Juanita Marquez, Taqueria Los Primos, and Taqueria Los Primos No. 2, Franchise Tax Board, Employment Development Department, and County of San Mateo Tax Collector,

Stipulation for Rescheduling of Case Management Conference   United States of America v. Jesus Marquez, et al.
CV08-0891 MEJ

1

1  through their respective counsel, stipulate and agree that the case management conference,
2  currently scheduled for June 18, 2009, at 10:00 a.m. in Courtroom B, 15th Floor, will be
3  rescheduled to July 16, 2009 at 10:00 a.m. Courtroom B, 15th Floor.

4
5                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
6
7  Dated: June __, 2009                          /s/ David L. Denier
                                                 DAVID L. DENIER
8                                                Assistant United States Attorney
9                                                Tax Division
                                                 Attorneys for the United States
10
11 Dated: June __, 2009                          /s/ Cindy L. Ho
12                                               CINDY L. HO
                                                 Attorney for Defendants Jesus Marquez, Olga
13                                               Marquez, Ramon Marquez, Taqueria Los Primos
                                                 and Taqueria Los Primos No. 2
14
15
                                                 EDMUND G. BROWN JR.
16                                               Attorney General for the State of California

17
18 Dated: June __, 2009                          /s/ Karen Yiu
                                                 KAREN W. YIU
19                                               Deputy Attorney General
20                                               Attorney for Defendants Franchise Tax Board and
                                                 Employment Development Department
21
22                                               MICHAEL P. MURPHY
                                                 County Counsel
23
24 Dated: June __, 2009                          /s/ Brian Wong
                                                 BRIAN WONG
25                                               Deputy County Counsel
26                                               Attorney for County of San Mateo Tax Collector

27
28

Stipulation for Rescheduling of Case Management Conference         United States of America v. Jesus Marquez, et al.
                                                                                                  CV08-0891 MEJ

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: June 10, 2009

_____
UNITED STATES DISTRICT JUDGE

Stipulation for Rescheduling of Case Management Conference   United States of America v. Jesus Marquez, et al.
CV08-0891 MEJ

3