UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. C 08-00891 MEJ |
| v. | **ORDER VACATING CMC** |
| MARQUEZ ET AL, | **ORDER RE CASE STATUS** |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Case Management Conference Statement, filed July 23, 2009. Good cause appearing, the Court hereby VACATES the July 30, 2009 Case Management Conference, and ORDERS Plaintiff to file a motion for summary judgment within 60 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: July 24, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge