1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT FOR THE

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>         Plaintiff, )<br>   v.                                )<br> )<br>JESUS MARQUEZ, OLGA MARQUEZ, RAMON )<br>MARQUEZ, JUANITA MARQUEZ, TAQUERIA )<br>LOS PRIMOS, TAQUERIA LOS PRIMOS NO. 2, )<br>LUIS GALINDO, MARTHA GALINDO, BANK )<br>OF AMERICA, N.A., STATE OF CALIFORNIA )<br>FRANCHISE TAX BOARD, STATE OF )<br>CALIFORNIA EMPLOYMENT DEVELOPMENT )<br>DEPARTMENT, STATE OF CALIFORNIA )<br>BOARD OF EQUALIZATION, STATE OF )<br>CALIFORNIA DEPARTMENT OF LABOR, )<br>SAN MATEO COUNTY TAX COLLECTOR, )<br> )<br>         Defendants. )<br>_____ ) | No. C-08-0891-MEJ<br><br>ORDER CONTINUING<br>HEARING ON UNITED<br>STATES' MOTION FOR<br>PARTIAL SUMMARY<br>JUDGMENT_____ |

        This matter came on for a hearing on the United States' Motion for Partial Summary
Judgment on November 4, 2009.

        In supplemental briefing and at the hearing, defendants asserted their belief that the IRS
may not have credited their accounts with all payments made with respect to the tax liabilities at
issue.  The Court agreed to allow the defendants until December 3, 2009, to produce evidence of
payments which had not been credited against their tax liabilities.

        For the foregoing reasons, it is hereby ORDERED that the hearing on the United States'
Motion for Partial Summary Judgment is continued to December 3, 2009, at 10:00 a.m.

Dated: November 10, 2009
_____

_____
MARIA ELENA JAMES