1
2
3
4                    UNITED STATES  DISTRICT COURT
5                    Northern District of California
6
7   UNITED STATES OF AMERICA,
8                         Plaintiff(s),              No. C 08-00891 MEJ
9         v.                                   **ORDER RE CASE STATUS**
10  MARQUEZ ET AL,
11                        Defendant(s).
    _____/
12
13          On December 9, 2009, the Court granted Plaintiff's motion for partial summary judgment.
14  Accordingly, the Court hereby ORDERS Plaintiff to file a status report by December 17, 2009.
15  Specifically, Plaintiff shall address whether judgment should be entered and the case closed, or
16  whether the case should remain open and further proceedings scheduled.
17          **IT IS SO ORDERED.**
18
19  Dated: December 10, 2009
20                                              _____
                                                Maria-Elena James
21                                              Chief United States Magistrate Judge
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California